of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Petition of CARLO DE BIASI, Appellant, for a Visitation of and by a Justice of the Supreme Court of ITALIAN BENEVOLENT INSTITUTE, a Membership Corporation.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents and votes to reverse and grant the motion.

WILMA E. GOULD, Respondent, v. NORMAN J. GOULD and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILMA E. GOULD, Respondent, v. NORMAN J. GOULD and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALFRED H. NEWBURGER and Others, Respondents, v. SAMUEL L. LUBELL, Appellant. ABRAHAM P. LUBELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE HOWLAND-HUGHES COMPANY, Respondent, v. PHILIP M. BERKMAN, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion to vacate judgment granted upon payment of taxable costs to date, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated Who May Come in and Contribute to the Expense of this Action, Appellant, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH C. LANZETTA, Respondent, v. ALEXANDER CARLETON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MICHAEL SCHLIESSER, Respondent, v. JEANETTE M. SCHLIESSER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, without prejudice to an application for a preference. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HARVEY PONTZ, Respondent, v. JOHN DUNLOP's SONS, INC., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

A. C. SCHWARZ CO., INC., Respondent, v. HOOD TIRE CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disburse-